**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

**DOMINIC E. HODGE**                                                                 **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO. 5:17-CV-P103-TBR**

**CALLOWAY COUNTY JAIL**                                                  **DEFENDANT**

## MEMORANDUM OPINION

Upon filing the instant action, Plaintiff assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(e) ("All pro se litigants must provide written notice of a change of residential address, and, if different, mailing address, to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Court sent a Memorandum Opinion and Order to Plaintiff on October 3, 2017. That mailing was returned to the Court by the U.S. Postal Service marked "Return to Sender; Refused; Unable to Forward." Plaintiff has not advised the Court of his new address, and notices from this Court in this action cannot be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate Order.

Date:

cc:      Plaintiff, *pro se*
4413.009